FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2015 DEC -9 PM 3:00

UNITED STATES OF AMERICA

v.

JOSEPH LUGO and
CHRIS J. MCDONALD, Sr.

CASE NO. 8:15-cr- 507 T 33 MAP
18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**
**(Conspiracy—18 U.S.C. § 371)**

**A. Introduction**

At times material to this Indictment:

1. Jeanette Hevel ("Hevel") worked as a Corporal for the Tampa Police Department ("TPD") within the Criminal Intelligence Bureau ("CIB"). In her capacity as a CIB Corporal, Hevel was responsible for, among other duties, reviewing and assigning certain matters for investigation, including matters concerning identity theft and related tax fraud allegations.

2. Robert Sanders ("Sanders") was a resident of Riverview, Florida.

**B. The Conspiracy**

3. Beginning in or about October 2011, and continuing through around May 2012, in the Middle District of Florida and elsewhere,

**JOSEPH LUGO**
**and**
**CHRIS J. MCDONALD, Sr.,**

defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with Hevel, Sanders, and others, both known and unknown to the Grand Jury to commit an offense against the United States, to wit: theft of government property, in violation of Title 18, United States Code, Section 641.

**C. Manner and Means of the Conspiracy**

4. The manner and means by which the defendants and others sought to accomplish the objects of the conspiracy included, among others, the following:

a. It was part of the conspiracy that conspirator Hevel would and did abuse her position and authority as a TPD Corporal to identify and secure to her personal possession United States Treasury checks and other items that had been seized by TPD officers and/or detectives during identity theft and related tax fraud investigations.

b. It was further part of the conspiracy that conspirator Hevel would and did pass the checks on to other conspirators.

c. It was further part of the conspiracy that conspirators would and did wrongly convert the United States Treasury checks to cash through various acts and strategies, including passing and depositing some of the checks

into a SunTrust bank account held in the name of Chateau-Lan Property Solutions, LLC (referred to hereinafter as "SunTrust bank account -6035").

d. It was further part of the conspiracy that the conspirators would and did share in the cash proceeds resulting from the wrongful conversion of the United States Treasury checks.

e. It was further part of the conspiracy that the conspirators would and did engage in meetings, perform acts, and make statements, to promote and achieve the objects of the conspiracy and to hide and conceal the purposes of the conspiracy and the acts committed in furtherance thereof.

### D. Overt Acts

5. In furtherance of the conspiracy and to effect its objects, the conspirators committed and caused to be committed, within the Middle District of Florida and elsewhere, the following overt acts, among others:

a. On or about November 15, 2011, a conspirator deposited a United States Treasury check made payable to DSS in the amount of $9,500 into SunTrust bank account -6035.

b. On or about November 18, 2011, a conspirator deposited a United States Treasury check made payable to ROF in the amount of $7,720 into SunTrust bank account -6035.

c. On or about November 21, 2011, a conspirator deposited a United States Treasury check made payable to RAF in the amount of $3,285.28 into SunTrust bank account -6035.

d. On or about November 22, 2011, a conspirator deposited a United States Treasury check made payable to JAF in the amount of $7,878 into SunTrust bank account -6035.

e. On or about November 28, 2011, a conspirator deposited a United States Treasury check made payable to BMJ in the amount of $7,260 into SunTrust bank account -6035.

f. On or about December 1, 2011, a conspirator deposited a United States Treasury check made payable to TG in the amount of $9,515 into SunTrust bank account -6035.

g. On or about December 2, 2011, a conspirator deposited a United States Treasury check made payable to JR in the amount of $8,543 into SunTrust bank account -6035.

h. On or about December 5, 2011, a conspirator deposited a United States Treasury check made payable to PZ in the amount of $7,189.93 into SunTrust bank account -6035.

i. On or about December 6, 2011, a conspirator deposited a United States Treasury check made payable to DF in the amount of $4,032.79 into SunTrust bank account -6035.

All in violation of Title 18, United States Code, Section 371.

**COUNTS TWO THROUGH TEN**
**(Theft of Government Property—18 U.S.C. § 641)**

On or about the dates listed below in Counts Two through Ten, in the Middle District of Florida and elsewhere,

**JOSEPH LUGO**
**and**
**CHRIS J. MCDONALD, Sr.,**

defendants herein, aided and abetted by each other, and with others, including Hevel and Sanders, did knowingly and willfully receive, conceal, and retain money and property of the United States, that is, United States Treasury checks, with an aggregate value in excess of $1000, which were directed and deposited into SunTrust bank account -6035, with the intent to convert said property to the defendants' use then knowing said property to have been stolen and purloined, as further detailed below:

| COUNT | DATE DEPOSITED | AMOUNT OF TREASURY CHECK | PAYEE'S INITIALS |
|---|---|---|---|
| TWO | 11/15/2011 | $9,500.00 | DSS |
| THREE | 11/18/2011 | $7,720.00 | ROF |
| FOUR | 11/21/2011 | $3,285.28 | RAF |
| FIVE | 11/22/2011 | $7,878.00 | JAF |
| SIX | 11/28/2011 | $7,260.00 | BMJ |

| COUNT | DATE DEPOSITED | AMOUNT OF TREASURY CHECK | PAYEE'S INITIALS |
|---|---|---|---|
| SEVEN | 12/1/2011 | $9,515.00 | TG |
| EIGHT | 12/2/2011 | $8,543.00 | JR |
| NINE | 12/5/2011 | $7,189.93 | PZ |
| TEN | 12/6/2011 | $4,032.79 | DF |

All in violation of Title 18, United States Code, Sections 641 and 2.

**FORFEITURE**

1. The allegations contained in Counts One through Ten of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction for the violations of Title 18, United States, Section 641 and conspiracy to violate Title 18, United States, Section 641 alleged in Counts One through Ten of this Indictment, the defendants,

**JOSEPH LUGO**
**and**
**CHRIS J. MCDONALD, Sr.,**

defendants herein, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 28 United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said violations.

3. The property to be forfeited includes, but is not limited to, a money judgment in an amount to be determined, but at least $64,924.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By:
JAY G. TREZEVANT
Assistant United States Attorney

By:
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH LUGO and
CHRIS J. MCDONALD, Sr.

**INDICTMENT**

Violations:

18 U.S.C. § 371
18 U.S.C. § 641

A true bill,

Foreperson

Filed in open court this 9th day

of December 2015.

Clerk

Bail $________________

GPO 863 525

T _Cases\Criminal Cases\L\Lugo Joseph_2015R00664_JGT\f_Indictment_Backsheet docx