UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:15-cr-507-T-33MAP

JOSEPH LUGO
_____/

**ORDER**

This cause is before the Court pursuant to Defendant Joseph Lugo's Unopposed Motion for Competency Examination (Doc. # 28), filed on January 11, 2017. The Court grants the Motion as explained below.

**Discussion**

Lugo has been charged, along with a co-defendant, in an indictment with one count of conspiracy, in violation of 18 U.S.C. § 371, and nine counts of theft of government property, in violation of 18 U.S.C. §§ 641 and 2. (Doc. # 1). Lugo has entered a plea of not guilty and has waived speedy trial through March 31, 2017. (Doc. # 16). The matter is set for the February 2017, trial term. (Doc. # 18).

Lugo requests an Order for a competency examination to determine (a) whether Lugo is currently suffering from a mental disease or defect (testing for organic or neurocognitive disorder *and* intellectual disability), and (b) whether that disease or defect has rendered him incompetent to

the extent that he is not capable of understanding the nature and consequences of the proceeding against him and/or assisting in his own defense. Lugo also requests that the examination include "testing for intellectual disability to gauge this issue relative to the rest of Mr. Lugo's symptoms." (Doc. # 28 at 2). The Court grants the Motion pursuant to 18 U.S.C. § 4241(a),(b) and 4247(b),(c). The Court appoints Dr. Valerie McClain to conduct the examination.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**

(1) Defendant Joseph Lugo's Unopposed Motion for Competency Examination (Doc. # 28) is **GRANTED**.

(2) The Court appoints Dr. Valerie McClain to perform a competency examination of Lugo to determine (a) whether Lugo is currently suffering from a mental disease or defect (testing for organic or neurocognitive disorder *and* intellectual disability), and (b) whether that disease or defect has rendered him incompetent to the extent that he is not capable of understanding the nature and consequences of the proceeding against him and/or assisting in his own defense.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of January, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

-3-